UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Synthia G Ross, et al.
                                    Plaintiff,
v.                                                        Case No.: 1:09−cv−05695
                                                          Honorable Joan H. Lefkow
RBS Citizens, N.A., et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 12, 2011:

MINUTE entry before Honorable Joan H. Lefkow:Motion hearing held on 5/12/2011. Plaintiffs' motion for protective order [235] is granted. Protective order is entered denying the defendants the opportunity to depose Marlene Hawkins, LaToris Jordan, and Natasha Wilson, and also quashing the subpoenas served on these persons. Joint motion to amend the second scheduling order [233] is granted as follows: Merits based non−expert discovery deadline is December 16, 2011. Plaintiffs' expert disclosure deadline of September 16, 2011, Defendants' expert disclosure deadline of October 17, 2011, and rebuttal expert deadline is November 11, 2011. Motions for summary judgment deadline is January 20, 2012. Motions for decertification deadline is within thirty days of any ruling on a motion for summary judgment. If no motion for summary judgment is filed, then the motion for decertification deadline is January 20, 2012. Status hearing held on 5/12/2011 and continued to 9/22/2011 at 08:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.