IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SYNTHIA G. ROSS, et al.,** On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **RBS CITIZENS, N.A.** **d/b/a CHARTER ONE** -and- **CITIZENS FINANCIAL GROUP, INC.** <br><br> Defendants. | Case no.: 1:09-CV-5695 |

**ORDER GRANTING UNOPPOSED MOTION TO**
**TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

Plaintiffs have moved this Court pursuant to 28 U.S.C. § 1404(a) for an order transferring this case to the United States District Court for the Eastern District of New York. The sole purpose for the requested transfer is to facilitate a consolidated settlement of this and other actions against Defendants alleging certain wage-hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* and state laws. Defendants do not oppose this motion.

Plaintiffs have informed the Court that the parties intend to move the New York District Court pursuant to Fed. R. Civ. P. 42 to consolidate this and other actions with *Cuevas, et al. v. Citizens Financial Group, Inc., et al.* (E.D.N.Y. No. 1:10-cv-05582), before the Honorable Frederic Block, once all transfer orders have been entered. A motion for preliminary and final approval of the consolidated settlement agreement will be filed in the *Cuevas* action in the United States District Court for the Eastern District of New York.

For purposes of settlement only, and in the interests of the efficient administration of justice, Plaintiffs' motion is hereby **GRANTED** and this matter is **TRANSFERRED** to the United States District Court for the Eastern District of New York. The Clerk is directed to provide a copy of this Order to the Clerk for the Eastern District of New York and to the chambers of the judge (The Honorable Frederic Block) assigned to *Cuevas*.

ENTERED:

Date: JUL 0 3 2013

JOAN HUMPHREY LEFKOW
U.S. District Judge