

**Thomas G Bruton**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

July 25, 2013

United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 118S
Brooklyn, NY 11201-1818

**RE: Ross v. RBS Citizens, N.A. et al**
**USDC Case Number 09cv5695**

Dear Clerk:

Pursuant to the order entered by Judge Honorable Joan H. Lefkow , on July 3, 2013, the above record

■    was electronically transmitted to the Eastern District of New York.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ Lisa K. Provine
Deputy Clerk

Enclosures

New Case No. _____      Date _____

cc:    Non-ECF Attorneys and Pro se Parties